HENRY M. TILFORD, EXECUTOR, &c., PLAINTIFF IN ERROR, v. SAMUEL D. DICKINSON, REGISTER, ET AL., DEFENDANTS IN ERROR.

Submitted December 5, 1910—Decided March 6, 1911.

On error to the Supreme Court, whose opinion is reported in 50 *Vroom* 302.

For the plaintiff in error, *James & Malcolm G. Buchanan.*

For the defendants in error, *Edmund Wilson,* attorney-general.

PER CURIAM.

This case is controlled by the decision of this court in *Dixon* v. *Russell,* 50 *Vroom* 490.

Decedent having died on March 9th, 1909, the acts of April 20th, 1909 (*Pamph. L., pp.* 304, 325), have no applicancy.

The judgment under review should be reversed.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, CONGDON, SULLIVAN, JJ. 14.